METROPOLITAN LIFE INSURANCE COMPANY ET AL. v.
A. P. LEACH ET AL.

(Filed 28 January, 1935.)

APPEAL by plaintiffs from *Frizzelle, J.*, at February Term, 1934, of LENOIR.

Civil action in ejectment and to remove cloud from title.

Upon denial of plaintiffs' title, and counterclaim for rents, there was verdict and judgment for defendants, from which plaintiffs appeal, assigning errors.

*Winston & Tucker and Sutton & Green for plaintiffs.*
*Shaw & Jones and J. Faison Thomson for defendants.*

PER CURIAM. A searching investigation of the record fails to disclose any predicable assignment of error for reversal of the judgment. Hence, the result will not be disturbed. The jury's findings would seem to be determinative of the case.

No error.